| STEPHANIE PLATA | | | | | | Earnings Statement | |
|---|---|---|---|---|---|---|---|
| CITY PARK CONSTRUCTION LLC 4407 MELISSA LN DALLAS, TX 75229 | | | | | | | |
| (SRG) HACKBERRY REPAIR AND MAINTENANCE LLC | Department: 000 / 000 / 000 - Main Department | | | | | Federal: M / $0.00 | |
| SSN: xxx-xx-2166 | Pay Period: 03/01/2024 to 03/15/2024 | Paycheck Date: 03/15/2024 | | Paycheck Number: 0000050470 | | State: S / 0 / 0 / $0.00 | |
| Rate: Exempt | | | | | | | |

| Earnings | Pay Rate | Hours | Units | Current Amount | YTD Amount | | |
|---|---|---|---|---|---|---|---|
| Regular | | | | $3,333.33 | $6,102.55 | | |
| Reimbursement Non-Taxed | | | | $0.00 | $155.16 | | |
| Gross Earnings | | | 0.00 | $3,333.33 | $6,257.71 | | |

| Taxes | | | | | | | |
|---|---|---|---|---|---|---|---|
| Fed Income Tax | | | | $106.98 | $146.27 | | |
| Fed Medicare | | | | $42.97 | $77.76 | | |
| Fed Soc Sec | | | | $183.75 | $332.53 | | |
| | | | | | | Employer Amount | Employer YTD Amount |
| Deductions | | | | | | | |
| Medical Pre-Tax | | | | $369.57 | $739.14 | $343.75 | $687.50 |
| Net Earnings | | | | $2,630.06 | $4,962.01 | $343.75 | $687.50 |

| Direct Deposit Distribution | | | | | | | |
|---|---|---|---|---|---|---|---|
| Dep Chkg xxx943 | | | | $2,630.06 | $2,630.06 | | |

---

**CITY PARK CONSTRUCTION LLC**
4407 MELISSA LN
DALLAS, TX 75229

0000050470
Date: 03/15/2024

Department: 000 / 000 / 000

LIBERTY CAPITAL BANK

NON NEGOTIABLE

| PAY | TWO THOUSAND SIX HUNDRED THIRTY AND 06 / 100 ********** Dollars | $2,630.06 |
|---|---|---|

To the order of:

**STEPHANIE PLATA**
1221 COUNTY ROAD 4371
DECATUR, TX 76234

Not a Check
Direct Deposit Advice

****** NON - NEGOTIABLE ******

# Earnings Statement

**STEPHANIE PLATA**
CITY PARK CONSTRUCTION LLC  4407 MELISSA LN  DALLAS, TX 75229

| | | |
|---|---|---|
| (SRG) HACKBERRY REPAIR AND MAINTENANCE LLC | Department: 000 / 000 / 000 - Main Department | Federal: M / $0.00 |
| SSN: xxx-xx-2166    Pay Period: 02/16/2024 to 02/29/2024 | Paycheck Date: 02/29/2024    Paycheck Number: 0000050462 | State: S / 0 / 0 / $0.00 |
| Rate: Exempt | | |

| Earnings | Pay Rate | Hours | Units | Current Amount | YTD Amount | | |
|---|---|---|---|---|---|---|---|
| Regular | | | | $2,769.22 | $2,769.22 | | |
| Reimbursement Non-Taxed | | | | $155.16 | $155.16 | | |
| **Gross Earnings** | | | 0.00 | **$2,924.38** | **$2,924.38** | | |

| Taxes | | | | | | | |
|---|---|---|---|---|---|---|---|
| Fed Income Tax | | | | $39.29 | $39.29 | | |
| Fed Medicare | | | | $34.79 | $34.79 | | |
| Fed Soc Sec | | | | $148.78 | $148.78 | | |
| | | | | | | Employer Amount | Employer YTD Amount |
| **Deductions** | | | | | | | |
| Medical Pre-Tax | | | | $369.57 | $369.57 | $343.75 | $343.75 |
| **Net Earnings** | | | | **$2,331.95** | **$2,331.95** | **$343.75** | **$343.75** |

**Direct Deposit Distribution**

| | | | | | |
|---|---|---|---|---|---|
| Dep Chkg xxx943 | | | | $2,331.95 | $2,331.95 |

---

**CITY PARK CONSTRUCTION LLC**                            0000050462
4407 MELISSA LN                                           Date: 02/29/2024
DALLAS, TX 75229

LIBERTY CAPITAL BANK

Department: 000 / 000 / 000

NON NEGOTIABLE
Not a Check
Direct Deposit Advice

**PAY** | TWO THOUSAND THREE HUNDRED THIRTY-ONE AND 95 / 100 ********** Dollars |  $2,331.95

To the order of:

**STEPHANIE PLATA**
1221 COUNTY ROAD 4371
DECATUR, TX 76234

****** NON - NEGOTIABLE ******