# Social Security Administration
# Retirement, Survivors and Disability Insurance
Notice of Award

Mid-America Program Service Center
601 East Twelfth Street
Kansas City, Missouri 64106-2817
Date:   February 3, 2024
BNC#:   24MS862D35260-A



0005956 00034175      3 AB  0.547  0130M3MCS6PB T253 P17

JOE PLATA
1221 COUNTY ROAD 4371
DECATUR, TX 76234-8527

You are entitled to monthly retirement benefits beginning January 2024.

## What We Will Pay And When

We pay Social Security benefits for a given month in the next month.  For example, Social Security benefits for March are paid in April.

- You will receive $3,170.70 around February 4, 2024.

- This is the money you are due for January 2024.

- Your next payment of $2,996.00, which is for February 2024, will be received on or about the third Wednesday of March 2024.

- After that you will receive $2,996.00 on or about the third Wednesday of each month.

- These and any future payments will go to the financial institution you selected.  Please let us know if you change your mailing address, so we can send you letters directly.



- Later in this letter, we will show you how we figured these amounts.

## Others Who May Be Eligible For Benefits

Your child may now be eligible for benefits on your record.  You named the following child when you applied for benefits:

- CATHERINE PLATA

If you have not filed an application for benefits for the child, please contact us.

Enclosure(s):
Pub 05-10077

C

See Next Page

24MS862D35260-A

## Information About Medicare

Your Medicare Part A (hospital insurance) starts July 2022 and Part B
(medical insurance) starts February 2024.

You will get a Medicare card within 2 weeks.  You should show this card
when you need medical care.  To learn more about what Medicare covers,
visit Medicare.gov.  If you have questions about your Medicare coverage, call
1-800-MEDICARE (1-800-633-4227).

IMPORTANT:  A Medicare law requires some higher income persons to pay
higher premiums.  The law applies to premiums for Medicare Part B (Medical
Insurance), prescription drug coverage, and Medicare Part B
Immunosuppressive Drug coverage.  The law generally affects individuals with
incomes higher than $103,000 and couples with incomes higher than $206,000.
We will contact the Internal Revenue Service to get information about your
income.  If we decide that you have to pay higher premiums, we will send a
letter explaining our decision.  The higher amount will be effective
February 2024.  For more information, please visit www.ssa.gov on the
Internet or call us toll-free at 1-800-772-1213 (TTY 1-800-325-0778). 

## Medicare Prescription Drug Plan Enrollment

Now that you are eligible for Medicare, you can enroll in a Medicare
prescription drug plan (Part D).

To learn more about the Medicare prescription drug plans and when you can
enroll, visit www.medicare.gov or call 1-800-MEDICARE (1-800-633-4227; TTY
1-877-486-2048).  Medicare also can tell you about agencies in your area that
can help you choose your prescription drug coverage.

If you have limited income and resources, we encourage you to apply for the
extra help that is available to assist with Medicare prescription drug costs.
The extra help can pay the monthly premiums, annual deductibles and
prescription co-payments.  To learn more or apply, please contact us.

## Other Social Security Benefits

This benefit is the only benefit you can receive from us at this time.  In the
future, if you think you might qualify for another benefit from us, you will
need to apply again.

## Your Responsibilities

Your benefits are based on the information you gave us.  If this information
changes, it could affect your benefits.  For this reason, it is important that
you report changes to us right away.

We have enclosed a pamphlet, "What You Need To Know When You Get
Retirement Or Survivors Benefits".  It tells you what must be reported and
how to report.

24MS862D35260-A

## Your Benefits May Be Taxed

You may have to pay taxes on the benefits you get from us. Part of your
Social Security benefits may be taxed if:

- you are single and your total income is more than $25,000 or
- you are married and you and your spouse have total income of more
  than $32,000.

You can decide if you want to have federal taxes withheld from your
benefits. If you want taxes withheld, you need to complete and return a Form
W-4V, Voluntary Withholding Request. You can get Form W-4V from the
Internal Revenue Service by calling 1-800-829-3676. You can also get this form
at www.socialsecurity.gov/planners/taxes.htm on our website. After you
complete and sign the form, return it to your local Social Security office by
mail or in person.

You can find more information on paying taxes in the enclosed pamphlet,
"What You Need To Know When You Get Retirement Or Survivors Benefits".

## Do You Disagree With The Decision?

If you do not agree with this decision, you have the right to appeal. We will
review your case and look at any new facts you have. A person who did not
make the first decision will decide your case. We will review the parts of the
decision that you think are wrong and correct any mistakes. We will make a
decision that may or may not be in your favor.

- You have 60 days to ask for an appeal.
- The 60 days start the day after you receive this letter. We assume you
  received this letter 5 days after the date on it unless you show us that
  you did not receive it within the 5-day period.
- You must have a good reason for waiting more than 60 days to ask for
  an appeal.
- You must ask for an appeal in writing. Please use our "Request for
  Reconsideration" form, SSA-561-U2. You may go to our website at
  www.ssa.gov/forms/ to locate the form. You can also contact us to
  request the form, or if you need help filling out the form.

## If You Want Help With Your Appeal

You can have a friend, representative, or someone else help you. There are
groups that can help you find a representative or give you free legal services
if you qualify. There are also representatives who do not charge unless you
win your appeal. Your local Social Security office has a list of groups that
can help you with your appeal.

If you get someone to help you, you should let us know. If you hire someone,
we must approve the fee before he or she can collect it. And if you hire a
representative who is eligible for direct pay, we will withhold up to 25 percent
of any past due benefits to pay toward the fee.



24MS862D35260-A

## Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline
at 1-800-269-0271 (TTY 1-866-501-2101).

## If You Have Questions

### Need more help?

1. Visit www.ssa.gov for fast, simple, and secure online service.
2. Call us at 1-800-772-1213, weekdays from 8:00 am to 7:00 pm.  If you are deaf or hard of hearing, call TTY 1-800-325-0778.  Please mention this letter when you call.
3. You may also call your local office at 1-888-717-1530.

>       SOCIAL SECURITY
>       2201 COLORADO BLVD
>       DENTON TX 76205

**How are we doing?** Go to www.ssa.gov/feedback to tell us.



*Social Security Administration*

24MS862D35260-A

## PAYMENT SUMMARY

### Your Regular Monthly Payment

Here is how we figured your
regular monthly payment effective February 2024:

You are entitled to a monthly benefit of .................$ 3,171.40

Amounts we subtracted because of:

- premiums for medical insurance .................... 174.70

This equals ......................................... 2,996.70

- rounding (we must round down to
  a whole dollar) ................................ .70

This equals the amount of
your regular monthly payment ............................$ 2,996.00

### Your Payment Of $3,170.70

Here is how we figured your
first payment:

Benefits due for January 2024 ..........................$ 3,345.40

Additional amount we subtracted for
medical insurance premium
due one month in advance ............................. 174.70

This equals the amount of
your first payment ....................................$ 3,170.70



# J&M Civil Construction Services, LLC

## Profit and Loss

January 1 - March 22, 2024

| | TOTAL |
|---|---|
| Income | |
| **Total Income** | |
| GROSS PROFIT | **$0.00** |
| Expenses | |
|   Overhead Expenses | |
|    Computer Software | 94.86 |
|   **Total Overhead Expenses** | **94.86** |
| **Total Expenses** | **$94.86** |
| NET OPERATING INCOME | **$ -94.86** |
| NET INCOME | **$ -94.86** |